JS-6

# United States District Court
# Central District of California

ED HULL,

      Plaintiff,

    v.

CENTRAL PLAZA PRIME GROUP INC., et al.,

      Defendants.

Case No. 2:20-cv-11110-VAP-JCx

**ORDER OF DISMISSAL**

    The Court having been advised by counsel for the parties that the above-entitled action has settled,

    IT IS ORDERED that this action be, and hereby is, dismissed in its entirety without prejudice.

    THE COURT will retain jurisdiction for a period of sixty (60) days to enforce the terms of the settlement.  All pending dates are hereby vacated.

Dated: May 20, 2021

VIRGINIA A. PHILLIPS
United States District Judge

1